UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANDERSON,<br><br>                              Plaintiff,<br><br>v.<br><br>DOES 1-6; MARK HELD; GREGORY WILLIAMS,<br><br>                              Defendants. | Case No.  18cv2137-JAH (WVG)<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** (Doc No. 2) |

**INTRODUCTION**

Pending before this Court is Plaintiff's motion to proceed *in forma pauperis*.  Doc. No. 2.  For the reasons set forth below, the Court **GRANTS** Plaintiff's motion to proceed *in forma pauperis*.

**BACKGROUND**

On September 14, 2018, Plaintiff filed a complaint ("Complaint") against Does 1-6, Mark Held, and Gregory Williams.  Doc. No. 1.  On the same day, Plaintiff also filed her motion to proceed *in forma pauperis*.  Doc. No. 2.

//

//

1

## DISCUSSION

### I.    Legal Standard

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400.  See 28 U.S.C. § 1914 (a).  A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the fees.  See 28 U.S.C. § 1915(a).

### II.    Analysis

In support of her application to proceed *in forma pauperis*, Plaintiff presents a declaration indicating she is currently unemployed.  Doc. No. 2. Plaintiff claims she does not receive any income besides an average of $910.70 a month in Social Security Income (SSI) benefits.  Id. at pgs. 1-2.  Plaintiff posits that she does not have funds in her bank account and accrues an average of $1,040 in monthly expenses.  Id. at pgs. 2-4.  Based on this information, the Court finds Plaintiff has sufficiently shown she is unable to pay the fees required to commence her suit.

## CONCLUSION

Accordingly, **IT IS HEREBY ORDERED**:

1.    Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**.

2.    The United States Marshal shall serve a copy of the complaint and summons upon defendant as directed by plaintiff on U.S. Marshal Form 285.  All costs of service shall be advanced by the United States.

3.    Plaintiff shall serve upon the defendant or, if appearance has been entered by counsel, upon defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court.  Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the defendants or counsel of the defendants and the date of service.  Any paper received by a district judge or magistrate judge which

18cv2137-JAH (WVG)

has not been filed with the Clerk or which fails to include a Certificate of Service may be disregarded.

DATED: October 17, 2018

_____
JOHN A. HOUSTON
United States District Judge